IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY NEEDHAM, O/B/B**
**ALICE NEEDHAM, DECEASED**,

        Plaintiff,

   v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        Defendant.

No. 2:12-cv-01147-AC

OPINION AND ORDER

**MOSMAN, J.**,

    On July 31, 2014, Magistrate Judge Acosta issued his Findings and Recommendation ("F&R") [26] in the above-captioned case, finding that this court has no jurisdiction to review the merits of this case and recommending that I grant the Commissioner's motion to dismiss [22]. Plaintiff objected [28] to the F&R, and Defendant filed a response [29].

### DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [26] as my own opinion.

IT IS SO ORDERED.

DATED this  6th  day of October, 2014.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER